IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SHANDALEE ANNE GUDSCHINSKY                                                PLAINTIFF

v.                              No. 4:15–CV–513-JM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                            DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 20th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE